# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN RAY HOLMES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70728

**FILED**

SEP 2 1 2016

*ORDER DISMISSING APPEAL*

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On June 28, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the judgments of conviction entered on June 18, 1996, and December 7, 1999, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent appellant appeals from the June 16, 2016, order, no statute or court rule permits an appeal from an order denying a motion pursuant to NRCP 60(B) in a criminal matter. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-29336

cc: Hon. Michael Villani, District Judge
Kevin Ray Holmes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A